1052

No. 85–6172. MESHULAM v. MESHULAM ET AL. C. A. 1st Cir. Certiorari denied.

No. 85–6173. TOMPKINS v. WYOMING. Sup. Ct. Wyo. Certiorari denied.

No. 85–6174. PALOW v. UNITED STATES. C. A. 1st Cir. Certiorari denied.

No. 85–6175. FLOYD v. GENERAL MOTORS CORP. ET AL. C. A. 11th Cir. Certiorari denied.

No. 85–6177. KIRKSEY-BEY v. YOUNG ET AL. C. A. 8th Cir. Certiorari denied.

No. 85–6181. VILLANUEVA v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 85–6184. MITCHELL v. MARYLAND. Ct. Sp. App. Md. Certiorari denied.

No. 85–6185. GALLOWAY v. KANSAS. Sup. Ct. Kan. Certiorari denied.

No. 85–6193. COLATRIANO v. CAVE ET AL. C. A. 3d Cir. Certiorari denied.

No. 85–6199. GARRETT v. UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 85–6204. KIDD v. UNITED VIRGINIA BANK OF LYNCHBURG, VIRGINIA, N. A., ET AL. C. A. 4th Cir. Certiorari denied.

No. 85–6210. FAIRFAX v. UNITED STATES. C. A. 10th Cir. Certiorari denied.

No. 85–6216. PETERSON v. NEW MEXICO. Ct. App. N. M. Certiorari denied.

No. 85–6220. GADDIS v. MERIT SYSTEMS PROTECTION BOARD. C. A. Fed. Cir. Certiorari denied.

No. 85–6225. DELORIA v. UNITED STATES. C. A. 7th Cir. Certiorari denied.